**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 21-2043**

---

DERRICK MICHAEL ALLEN, SR.,

       Plaintiff - Appellant,

    v.

BUSCH GARDENS / SEA WORLD ORGANIZATION; ZENA LOFTON, Lead Candidate Experience Cons.; TAMMY PREZ, Human Resource Dept.; BUSCH GARDEN POLICE (SECURITY),

       Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:21-cv-00544-DJN)

---

Submitted:  March 24, 2022                      Decided:  March 28, 2022

---

Before MOTZ, WYNN, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Derrick Michael Allen, Sr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Michael Allen, Sr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Allen v. Busch Gardens/Sea World Org.*, No. 3:21-cv-00544-DJN (E.D. Va. Sept. 16, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*